**BILLY J. WILLIAMS, OSB #90136**
United States Attorney
District of Oregon
**KATHLEEN L. BICKERS, OSB #85151**
kathleen.bickers@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 S.W. Third Ave., Suite 600
Portland, Oregon  97204-2902
Telephone:     (503) 727-1060
Attorneys for United States

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Civil Case No.: 3:20-cv-00238 |
| Plaintiff, | |
| | **COMPLAINT FOR FORECLOSURE** |
| **v.** | |
| **GEORGE D. KIRAZ, and ALL OTHER PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, LIEN, OR INTEREST IN THE REAL PROPERTY COMMONLY KNOWN AS 17544 SE STARK ST., PORTLAND, OREGON 97233** | |
| Defendant. | |

COMES NOW the UNITED STATES OF AMERICA, for its claim for relief against the above-named defendant, alleges as follows:

Page 1 – Complaint for Foreclosure
*United States v. Kiraz et al,* 3:20-cv-00238

1. This Court has jurisdiction over this civil action pursuant to 28 U.S.C. § 1345, as the United States is plaintiff. Venue is proper pursuant to 28 U.S.C. § 1391, as this action is to foreclose a restitution lien upon real property located in Multnomah County, State of Oregon. This case is brought under 18 U.S.C. § 3613 to enforce the criminal restitution order against defendant.

2. On or about May 27, 2016, Defendant George D. Kiraz was convicted of various income tax crimes in United States v. Kiraz et al, 3:15-cr-00140-JO, USDC (Or). (Kiraz, 15-cr-01470-JO, ECF 108)

3. On or about October 25, 2016, defendant was sentenced to 36 months imprisonment, three years of supervised release, and ordered to pay $657,243.00 in restitution. (Kiraz, 15-cr-00140-JO, ECF 132).

4. Defendant was ordered to pay monthly restitution installments of not less than $2,300.00 upon release from the United States Bureau of Prisons. (Kiraz, 15-cr-01470-JO, ECF 132, p. 10,(p.3 of Restitution Order).

5. On November 7, 2016 a Notice of Lien for Fine and/or Restitution Imposed pursuant to the Anti-Terrorism and Effective Death Penalty Act of 1996 was recorded with the Multnomah County Clerk as Document No. 2016-139782, in the name of defendant, for the amount of $657,643.51. Attached as Exhibit 1.

6. On January 21, 2020, an amended judgment and restitution order was entered by the court in 15-cr-00140-JO. (Kiraz, 15-cr-01470-JO, ECF 213).

7. Defendant is delinquent in payment of the indebtedness pursuant to the restitution order described in paragraphs 3 and 4, and secured by the lien described in paragraph 5.

8.  The real property sought for foreclosure is commonly known as 17544 SE Stark St., Portland, Oregon 97233 and legally described as follows:

    > Commencing at the quarter section corner in the North line of Section 6, Township 1 South, Range 3 East of the Willamette Meridian; thence North 89°55'30" East along the North line of said section, 895.49 feet; thence South 0° 28' East 30 feet to an iron pipe and point of beginning of the tract of land herein described; thence continuing South 0°28' East 220 feet to an iron pipe; thence North 89°55'30" East parallel to the North line of said section, 131 feet to an iron pipe; thence North 0°28' West 220 feet to an iron pipe; thence South 89°55'30" West 131 feet to the point of beginning.

9.  The real property sought in paragraph 8 is not the primary residence of defendant. It is a commercial property located on SE Stark Street at 175th Avenue, in the City of Portland, County of Multnomah, Oregon.

10. The interests of defendants in the real property described in paragraph 8 is inferior to the interest held by the United States through the January 21, 2020 restitution order (Kiraz, 15-cr-01470-JO, ECF 213) and lien (Ex. 1).

WHEREFORE, the United States of America requests judgment against defendants as follows:

1.  Directing that the lien described in paragraph 5 be foreclosed and the real property be sold by the United States Marshal for the District of Oregon in the manner provided by law; that the parties hereto be allowed to bid at the said foreclosure sale; that the purchaser at said sale shall be issued a Certificate of Sale of Real Property, be immediately let into possession of said property, and be entitled to such remedies as are available at law to secure possession, including a writ of assistance, if defendant, or any

other party or person shall refuse to surrender possession to the purchaser immediately on the purchaser's demand for possession; and that at the termination of the redemption period the Marshal issue his Deed.

2. That proceeds realized from the sale of the real property aforesaid be applied as follows: first, in payment of fees, costs, and expenses of this suit; and second, in payment of the restitution lien granted the United States of America.

3. If the proceeds from the sale of the real property described herein are insufficient to pay restitution in full, the United States of America may immediately enforce the restitution order and lien in full from any other non-exempt assets belonging to Defendant George D. Kiraz.

4. Decreeing that the defendant and any and all persons claiming by, through or under them be forever barred and foreclosed from asserting any right, title, or interest in and to the said real property, except the right of redemption provided by law.

5. For such other and further relief as the Court may deem fit and proper.

DATED this 13th day of February, 2020.

BILLY J. WILLIAMS
United States Attorney
District of Oregon

/s Kathleen L. Bickers_____
KATHLEEN L. BICKERS
Assistant United States Attorney
Attorneys for Plaintiff

| | |
|---|---|
| Multnomah County Official Records<br>R Weldon, Deputy Clerk | **2016-139782** |
| | 11/07/2016 03:04:01 PM |
| 2R-USATTY L   Pgs=1 Stn=24 ATRJG<br>$5.00 | $5.00 |

**DEPARTMENT OF JUSTICE**
NOTICE OF LIEN FOR FINE AND/OR RESTITUTION
IMPOSED PURSUANT TO THE ANTI-TERRORISM
AND EFFECTIVE DEATH PENALTY ACT OF 1996

United States Attorney's Office for
DISTRICT OF OREGON

      Notice is hereby given of lien against the property of the defendant named below. Pursuant to Title 18, United States Code, Section 3613(c), a fine and or restitution imposed pursuant to the provisions of subchapter C of chapter 227 is a lien in favor of the United States upon all property belonging to the person fined or ordered to pay restitution. Pursuant to § 3613(d) a notice of lien shall be considered a notice of lien for taxes for the purposes of any State or local law providing for the filing of a tax lien. The lien arises at the time of the entry of judgment and continues until the liability is satisfied, remitted, or set aside, or until it becomes unenforceable pursuant to § 3613(b).

| | |
|---|---|
| **Name of Defendant** | George D. Kiraz |
| **Residence** | 17917 NE Wasco Road<br>Portland, OR 97230 |
| **Amount of Fine/Restitution** | $657,643.51 |
| **Court Imposing Judgment** | OREGON |
| **Court Number** | 3:15-CR-00140-JO-2 |
| **Date of Judgment** | 10/25/2016 |
| **Rate of Interest** | 0% |

If payment becomes past due, penalties totaling up to 25 percent of the principal amount past due may arise. 18 U.S.C. § 3612(g).

**IMPORTANT RELEASE INFORMATION** -- With respect to the lien listed above, this Notice shall operate as a certificate of release pursuant to 18 U.S.C. § 3613(b).

**Place of Filing**: Multnomah County Recorder, Portland, Oregon

This notice was prepared and signed at US Attorney's Office, 1000 SW Third Ave., Suite 600, Portland, OR 97204 on this ___7th___ day of November, 2016.

_____
**KATHLEEN L. BICKERS**
**Assistant United States Attorney**

Please return to: U.S. Attorney's Office /GJB
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
(503) 727-1070

JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

## DEFENDANTS
George D. Kiraz and All Other Persons or Parties Unknown Claiming Any Right, Title, Lien, or Interest In The Real Property Commonly Known As 17544 SE Stark St., Portland, Oregon 97233

**(b)** County of Residence of First Listed Plaintiff  
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Multnomah**  
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*  
United States Attorney's Office  
1000 SW Third Ave., Suite 600  
Portland, OR 97204, T:503-727-1000

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/Exchange |
| | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| [X] 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:  
18 U.S.C § 3613  
Brief description of cause:  
Foreclosure of Restitution Lien

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.  
DEMAND $  
CHECK YES only if demanded in complaint:  
JURY DEMAND: ☐ Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*  
JUDGE  
DOCKET NUMBER

DATE: 02/13/2020  
SIGNATURE OF ATTORNEY OF RECORD: /s Kathleen L. Bickers, OSB # 85151

**FOR OFFICE USE ONLY**

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE